1038

No. 04–9089.  HEBERT *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 04–9090.  GEORGESON *v.* CALIFORNIA.  Ct. App. Cal., 5th App. Dist.  Certiorari denied.

No. 04–9091.  HORNE *v.* SMITH, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 04–9092.  FALKIEWICZ *v.* GRAYSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–9093.  RICHARDSON *v.* RICHARDSON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–9101.  OCEAN *v.* CUNNINGHAM, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–9103.  NATURALITE *v.* PEPPLER ET AL.  C. A. 6th Cir. Certiorari denied.

No. 04–9104.  P. G. B. *v.* FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 04–9110.  HICKS *v.* HINSLEY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 04–9118.  DAVIS *v.* TEXAS.  Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 04–9123.  FALU *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–9124.  SAAVEDRA HERNANDEZ *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 04–9125.  GREEN *v.* NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 04–9129.  TEMPLE *v.* OCONEE COUNTY MEMORIAL HOSPITAL ET AL.  C. A. 4th Cir.  Certiorari denied.